John Metsker, Esq., CA SBN 268977  
THE METSKER LAW FIRM  
P.O. Box 590881  
San Francisco, CA 94159  
Phone: 866-342-6180  
Fax: 415-500-4081  
jmetsker@metskerlaw.com  
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELA T. RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 2:24-cv-07217-FLA-PVC<br><br>**ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

The Court having approved the stipulation of the parties, IT IS ORDERED that Plaintiff be awarded attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the amount of THREE THOUSAND FIVE HUNDRED TWENTY FIVE DOLLARS AND SEVENTY SIX CENTS ($3,525.76) pursuant to 28 U.S.C. § 2412(d) and FOUR HUNDRED FIVE DOLLARS AND NO CENTS ($405.00) in costs pursuant to 28 U.S.C. § 1920.

DATE: March 19, 2025   _____  
HON. PEDRO V. CASTILLO  
UNITED STATES MAGISTRATE JUDGE